MENNICUCCI v. N.C. DEPT. OF CRIME CONTROL & PUBLIC SAFETY

[330 N.C. 190 (1991)]

THOMAS J. MENNICUCCI v. N.C. DEPARTMENT OF CRIME CONTROL AND PUBLIC SAFETY

No. 236A91

(Filed 7 November 1991)

APPEAL by the State of North Carolina pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 102 N.C. App. 823, 404 S.E.2d 368 (1991), which affirmed the order of the North Carolina Industrial Commission entered 1 August 1989. Heard in the Supreme Court 17 October 1991.

*Robert G. Raynor, Jr. for plaintiff-appellee.*

*Lacy H. Thornburg, Attorney General, by D. Sigsbee Miller, Assistant Attorney General, and Victor H.E. Morgan, Jr., Assistant Attorney General, for the State.*

PER CURIAM.

Affirmed.